UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE'ANDRE K. ROGERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. BILDERBACK, et al.,<br><br>　　　　　Defendants. | Case No. 2:19-cv-09507-FLA (JCx)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the court has reviewed all of the records herein, including the February 12, 2021 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation").  The court approves and accepts the Report and Recommendation.

　　　IT IS HEREBY ORDERED that this action is dismissed and that Judgment shall be entered accordingly.

　　　IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on plaintiff and any counsel for defendants.

　　　IT IS SO ORDERED.

DATED: April 1, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　United States District Judge