UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE'ANDRE K. ROGERS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>D. BILDERBACK, et al.,<br><br>　　　　　Defendants. | Case No. 2:19-cv-09507-FLA (JCx)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that Judgment be entered dismissing this action.

　　　IT IS SO ADJUDGED.

DATED: April 1, 2021

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　United States District Judge